UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. JOSE L. LINARES, U.S.D.J. |
| v. | : | Crim. No. 11-310 |
| KOLE AKINOLA | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Jafer Aftab, Assistant U.S. Attorney), and defendant Kole Akinola (Thomas R. Ashley, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days and no continuance having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), so that the parties could attempt to resolve the matter and thereby avoid a possible trial, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and as defendant has consented to such a continuance, and it appearing that the defendant waives such right, and for good and sufficient cause shown, having consented to the continuance and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The United States and the defendant are reviewing the circumstances of the traffic stop of Kole Akinola in order to

determine whether there is a basis for resolving the matter, and for that and other reasons desire additional time to negotiate a plea agreement, which may render any subsequent trial of this matter unnecessary; and

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The United States and defendant require more time to review the traffic stop of the defendant, which may render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 15th day of June, 2011,

IT IS ORDERED that the dates set in the Court's Order for Discovery and Inspection entered on June 8, 2011, are hereby postponed as follows:

Pretrial motions filed by: July 11, 2011
Opposition due: July 25, 2011

Motions hearing date: August 8, 2011

Trial set for: August 15, 2011

IT IS FURTHER ORDERED that the period between June 17, 2011, and August 16, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

HON. JOSE L. LINARES
United States District Judge

Form and entry
consented to:

Jafer Aftab
Assistant U.S. Attorney

Thomas R. Ashley, Esq.
Counsel for defendant Kole Akinola