UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

KOLE AKINOLA

Hon. Jose L. Linares

Criminal No. 11-310

_____/

### ORDER

**THIS MATTER** is before the Court on the motion of the United States of America by Paul J. Fishman, United States Attorney for the District of New Jersey (Joseph B. Shumofsky, Assistant U.S. Attorney, appearing), for a 15-day extension of time to file a response to the two motions that defendant Kole Akinola filed on August 24, 2011, Docket Entries 15 and 16. Having considered the Government's motion and for good cause shown, it is on this 31st day of August, 2011 hereby

**ORDERED** that the Government's motion is granted, and the Government's response is now due on or before September 15, 2011.

**IT IS FURTHER ORDERED** that the relevant dates set forth in this Court's Order for Discovery and Inspection entered on June 8, 2011, are hereby postponed as follows:

Motions hearing date:   September 29, 2011 at 10AM

Trial set for:   TO BE SCHEDULED BY COURT AFTER RESOLUTION OF MOTIONS.

_____
JOSE L. LINARES
UNITED STATES DISTRICT JUDGE