NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>KOLE AKINOLA,<br><br>Defendants. | Criminal No.: 11-310 (JLL) 01<br><br><br><br>ORDER |

Please be advised that oral argument on Defendant's motions [#15] and [#16] has been scheduled for **Thursday, October 6, 2011** at **10:00 a.m.** in Courtroom 5D of the Martin Luther King Jr., Federal Building, 50 Walnut Street, Newark, New Jersey. All parties are hereby required to appear.

**IT IS SO ORDERED.**

Jose L. Linares,
United States District Judge

Dated: September 23, 2011