NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>v.<br><br>KOLE AKINOLA,<br><br>                Defendants. | Criminal No.: 11-310 (JLL) 01<br><br><br><br>**ORDER** |

Please be advised that oral argument on all pending motions is scheduled for **Thursday, November 17, 2011** at **2:30 p.m.** in Courtroom 5D of the Martin Luther King Jr., Federal Building, 50 Walnut Street, Newark, New Jersey.  All parties are hereby required to appear.

    **IT IS SO ORDERED.**

                                              /s/ Jose L. Linares
                                              Jose L. Linares,
                                              United States District Judge

Dated:  November 1, 2011