UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CASE NO. 11-310-CR-LINARES

UNITED STATES OF AMERICA

v.

KOLE AKINOLA

        Defendant.
_____/

## ORDER

**THIS CAUSE** having come before this Court on defendant Kole Akinola's Motion to Reconsider Order Denying Bail (the "Motion") (DE 36), and this Court having considered the Motion and the Government's response in opposition to the Motion (DE 40),

**IT IS HEREBY ORDERED** that the Motion is denied.

**DONE AND ORDERED** at Newark, New Jersey this 15 day of December, 2011.

_____
HONORABLE JOSE L. LINARES
United States District Judge