NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KOLE AKINOLA, | Criminal Action No.: 11-310 (JLL)<br><br>ORDER |

**LINARES**, District Judge.

      This matter comes before the Court on Defendant's newest motion for bond dated February 29, 2012. The Court has considered the submissions of the parties, the arguments placed on the record on March 30, 2012, and the recommendation of the Court's Pretrial Services Department. Accordingly,

      **IT IS** on this 25th day of April, 2012

      **ORDERED** that Defendant's motion for bond is denied.

      **SO ORDERED**.

                                                                      s/ Jose L. Linares
                                                                        JOSE L. LINARES
                                                                        U.S. DISTRICT JUDGE