NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>KOLE AKINOLA,<br><br>                Defendants. | Criminal Action No.: 11-310 (JLL)<br><br>**ORDER** |

**LINARES**, District Judge.

This matter comes before the Court on Defendant's application to recall Officer Timothy Faranda to the stand during the Defendant's case-in-chief. The Court has considered the submissions of the parties and for good cause shown,

**IT IS** on this 11th day of May, 2012,

**ORDERED** that Officer Faranda will be allowed to testify again to the extent and limitations described in Defendant's May 4, 2012 letter to the Court. Specifically, Officer Faranda may be asked about the meaning of the HGN Log, his compliance with the GRPD Guidelines, his knowledge of Defendant's probationary status at the time Defendant was arrested, his inventory of the contents of Defendant's bag at the police station, and Officer Schwartz's testimony; and it is further

**ORDERED** that no other Officer who has already testified shall be recalled by the Defense.

**SO ORDERED.**

                                                    s/ Jose L. Linares
                                                    JOSE L. LINARES
                                                    U.S. DISTRICT JUDGE