<u>**NOT FOR PUBLICATION**</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KOLE AKINOLA<br><br>　　　　　Defendant. | Crim. Action No. 11-310 (JLL)<br><br>**ORDER** |

**LINARES,** District Judge.

This matter comes before the Court by way of Defendant Kole Akinola ("Defendant")'s (1) motion to suppress evidence seized from a rental vehicle on April 27, 2011, and (2) motion to suppress statements made during a telephone conversation on April 27, 2011. For the reasons stated in the Court's corresponding Opinion,

**IT IS**, on this 15 day of March, 2013

**ORDERED** that Defendant's motion to suppress evidence seized from a rental vehicle on April 27, 2011 is DENIED; and it is further

**ORDERED** that Defendant's motion to suppress statements made during a telephone conversation on April 27, 2011 is DENIED.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Jose L. Linares
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1