NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KOLE AKINOLA,<br><br>    Defendant. | Criminal Action No. 11-310<br><br>**ORDER** |

**LINARES**, District Judge.

This matter comes before the Court by way of Defendant Kole Akinola ("Defendant")'s motion for reconsideration of this Court's Opinion and Order denying Defendant's motion to suppress evidence seized from a rental vehicle on April 27, 2011. For the reasons set forth in this Court's corresponding Opinion,

IT IS on this _23_ day of December, 2013,

**ORDERED** that Defendant's motion for reconsideration (CM/ECF Nos. 90, 103, 111) is denied.

**IT IS SO ORDERED.**

JOSÉ L. LINARES
U.S. DISTRICT JUDGE

1