# WANDA M. AKIN & ASSOCIATES
## ATTORNEYS AT LAW

WANDA M. AKIN
Member, New Jersey Bar
wakin@akinlegal.com

**ONE GATEWAY CENTER, SUITE 2600**
**NEWARK, NEW JERSEY 07102**
--------------------------------
744 BROAD STREET, 16TH FLOOR
NEWARK, NEW JERSEY 07102
--------------------------------
TELEPHONE:  **973-623-6834**
FACSIMILE:  **973-735-2695**
www.akinlegal.com
www.brownakin.com

RUSSEL VICTORIO
Member, New Jersey Bar
rvictorio@akinlegal.com

February 2, 2017

**VIA ECF AND REGULAR MAIL**

Honorable Jose L. Linares
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut St. Room 5054
P.O. Box 999
Newark, NJ 07102

        RE: **United States v. Kole Akinola**
           **Case No. 11-310 (JLL)**

Dear Judge Linares:

  The Defense writes this letter to respectfully request a 14-day extension of time for the Defense to respond to/oppose the Government's January 23, 2017 Motion for Reconsideration of the Court's January 9, 2017 Order Dismissing the Second Superseding Indictment and closing the case.

  The Government has consented to a one-week extension to February 13, 2017 for the Defense to file a response. However, since Mr. Akinola has been moved from Federal Detention at the Hudson County Correctional Center to ICE Custody at the Essex County Correctional Facility (ECCF), he is not in possession of his legal property/materials consisting of almost six (6) years of litigation and unlike the HCCC, the ECCF law library for ICE detainees currently does not have working Lexis-Nexis or other Federal non-immigration related legal research capability, the Defense needs 14 days, until February 20, 2017 to file its response.

  I did not have an opportunity at this late hour tonight, 11:50 p.m., to ask the Government for its consent to extend to February 20th and do not want to give the impression that the Government refused. I simply did not have the opportunity, prior to writing this letter tonight, to speak with Ms. Govan and/or Mr. Pierre to make the request.

WANDA M. AKIN & ASSOCIATES

Honorable Jose L. Linares
February 2, 2017
PAGE 2

I thank Your Honor for his consideration of this request.

Respectfully,

*[signature]*

Wanda M. Akin
Attorney for Defendant, Kole Akinola

cc: Dara A. Govan, Esq., Assistant United States Attorney (via ECF and electronic mail)
Jacques Pierre, Esq., Assistant United States Attorney (via ECF and electronic mail)
Mr. Kole Akinola (via regular mail)

*Defendant's opposition brief shall be filed by February 20, 2017.*

SO ORDERED: *[signature]*

DATED: 2/3/17

L:\Team Folders\Internal\documents\Criminal Cases\Kole Akinola (CJA)\2.2.17 - Ltr. to Judge Linares Requesting Extension To File Opp To Govt Motion To Reconsider.doc